UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JACOB ESPITIA,<br><br>    Plaintiff,<br><br>v.<br><br>MEZZETTI FINANCIAL SERVICES, INC.,<br><br>    Defendant. | Case No.18-cv-02480-VKD<br><br>**ORDER DIRECTING DEFENDANT TO SHOW CAUSE RE SANCTIONS** |

The Court previously ordered defendant Mezzetti Financial Services, Inc. ("Mezzetti") to serve its initial disclosures on plaintiff Jacob Espitia by November 6, 2018. Dkt. No. 30. On January 7, 2019, Mr. Espitia filed a unilateral discovery letter brief, stating that Mezzetti has not yet served its initial disclosures as ordered. Additionally, Mr. Espitia says that Mezzetti failed to participate in the preparation of a joint discovery letter brief as required by the Court's Standing Order for Civil Cases, https://cand.uscourts.gov/filelibrary/3438/Standing-Order-for-Civil-Cases-November-15-201.pdf. Dkt. Nos. 37, 38. Defendant has not responded.

Accordingly, defense counsel Lloyd Dix is directed to appear before the Court in person on January 29, 2019, 10:00 a.m., Courtroom 2, Fifth Floor of the United States District Court, 280 South First Street, San Jose, California and show cause why he or Mezzetti, or both, should not be sanctioned for failure to comply with the Court's orders.

**IT IS SO ORDERED.**

Dated: January 11, 2019

VIRGINIA K. DEMARCHI
United States Magistrate Judge