UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JACOB ESPITIA,<br><br>       Plaintiff,<br><br>v.<br><br>MEZZETTI FINANCIAL SERVICES, INC.,<br><br>       Defendant. | Case No.18-cv-02480-VKD<br><br>**ORDER RE PLAINTIFF'S DISCOVERY LETTER BRIEF**<br><br>Re: Dkt. No. 37 |

Plaintiff Jacob Espitia previously filed a unilateral discovery letter brief, asserting that defendant Mezzetti Financial Services, Inc. ("Mezzetti") did not serve its initial disclosures as ordered, failed to respond to his discovery requests, and did not participate in the preparation of a joint discovery letter brief as required by the Court's Standing Order for Civil Cases. Dkt. No. 37. The Court subsequently issued an order directing defense counsel to show cause why he or his client, or both, should not be sanctioned for the failure to comply with the Court's orders. Dkt. No. 39.

Based on defense counsel's response to the order to show cause, and as discussed at the January 29, 2019 hearing, the order to show cause is discharged and no sanctions will be imposed. However, the Court reiterates that if relief from deadlines is needed, the parties are expected to confer with one another and seek appropriate relief from the Court before the pertinent deadline passes.

Mezzetti having represented that it has now served its initial disclosures and discovery responses, Mr. Espitia's unilateral discovery letter brief will be terminated. If there are any disputes regarding Mezzetti's initial disclosures or discovery responses, the parties shall confer in

good faith to resolve the issues.  If, after such conference, disputes remain, the parties shall submit a joint discovery letter brief in compliance with the discovery dispute procedure set out in the Court's Standing Order for Civil Cases, https://cand.uscourts.gov/filelibrary/3438/Standing-Order-for-Civil-Cases-January-2019.pdf.

**IT IS SO ORDERED.**

Dated:  January 29, 2019

*Virginia K. DeMarchi*
VIRGINIA K. DEMARCHI
United States Magistrate Judge
